728

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* PRINCE PARSONS, Defendant-Appellant.

(No. 57776;

First District (1st Division)—September 24, 1973.

PER CURIAM.
HALLETT, J., took no part.

Howard D. Geter, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis, Sharon Grossman, and Frank Deboni, Assistant State's Attorneys, of counsel,) for the People.